Joseph A. Kaufman, No. 228319
Joshua M. Ullman, No. 309667
**LEMON LAW AID, INC.**
117 E. Colorado Blvd., Suite 460
Pasadena, CA 91105
Telephone: 626-250-0405
Facsimile: 626-768-7066
joe@lemonlawaid.com
josh@lemonlawaid.com

Shawna Melton, No: 276989
**MELTON LAW GROUP**
128 W Avenida Ramona
San Clemente CA 92672
Phone: 949-668-0580
Email: msandhumlg@gmail.com

Attorneys for Plaintiff TONG SUN AND JASON YANG

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG SUN, an individual; JASON YANG, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, IRVINE EUROCARS, LLC dba IRVINE BMW and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-00261-DOC-KES<br><br>ORDER STIPULATION TO REMAND ACTION TO STATE COURT AND TO ARBITRATE ALL CLAIMS [10] |

ORDER

On March 13, 2019, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Central District of California case number 8:19-cv-00261-DOC-KES styled TONG SUN and JASON YANG v. BMW OF NORTH AMERICA, LLC, et al is hereby remanded to Superior Court of the State of California, for the County of Orange.

IT IS SO ORDERED.

DATE: March 13, 2019

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2019, I filed the foregoing document entitled **[PROPOSED] ORDER STIPULATION TO REMAND ACTION TO STATE COURT AND TO ARBITRAT ALL CLAIMS** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

_____
Dulce Rojas